Entered on Docket
July 09, 2014
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed and Filed: July 8, 2014

**HANNAH L. BLUMENSTIEL**
U.S. Bankruptcy Judge

1  Michael A. Isaacs (SBN 99782)
   Jennifer C. Hayes (SBN 197252)
2  McKENNA LONG &
     ALDRIDGE LLP
3  One Market Plaza,
   Spear Tower, 24th Floor
4  San Francisco, CA  94105
   Tel:    415.267.4000
5  Fax:    415.267.4198
   misaacs@mckennalong.com
6  jhayes@mckennalong.com

7  Attorneys for Barry Milgrom,
   Plaintiff and Cross-Defendant

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>JAMES FREDERICK PAYNE<br>  *aka* JIM PAYNE<br>  *aka* JAMES PAYNE PROPERTIES,<br><br>Debtor. | Case No. 11-33534 HLB<br>Chapter 7<br>Hon. Hannah L. Blumenstiel |
| BARRY MILGROM,<br>TRUSTEE IN BANKRUPTCY,<br><br>Plaintiff,<br><br>v.<br><br>PHYLLIS VOISENAT,<br><br>Defendant. | Adversary Proceeding Nos. 13-03191 HLB and 13-03222 HLB<br>(Consolidated)<br><br>**JUDGMENT** |
| PHYLLIS VOISENAT,<br><br>Cross-Claimant,<br><br>v.<br><br>BARRY MILGROM,<br>TRUSTEE IN BANKRUPTCY,<br><br>Cross-Defendant. | |

| | |
|---|---|
| 1 | Pursuant to: (A) the Court's Order Granting, In Part, Plaintiff's Motion For Summary |
| 2 | Judgment (Docket No. 33), and (B) the Court's Order Granting Plaintiff's Motion For Summary |
| 3 | Judgment (Docket No. 42); the Court enters judgment as follows: |
| 4 |     1.    Pursuant to 11 U.S.C. §§ 547(b), 550, and 551, judgment is entered in favor of |
| 5 | Plaintiff Barry Milgrom and against Defendant Phyllis Voisenat on Plaintiff's First Claim for |
| 6 | Relief. The following abstracts of judgment are avoided, recovered, and preserved for the benefit |
| 7 | of the estate: (a) the abstract of judgment recorded on or about July 29, 2011 in the official |
| 8 | records of the County of San Mateo as Instrument No. 2011-086268; and (b) the abstract of |
| 9 | judgment recorded on or about August 1, 2011 in the official records of the Placer County as |
| 10 | Instrument Number 2011-0059070-00 (together, the "Transfers"). |
| 11 |     2.    Plaintiff's Second Claim for Relief, for disallowance of any claim of Defendant |
| 12 | until the Transfers are returned to the estate, is moot pursuant to paragraph (1) of this judgment. |
| 13 |     3.    Ms. Voisenat's Cross-Complaints against Mr. Milgrom, for a determination of the |
| 14 | extent, validity, and priority of liens, are moot pursuant to paragraph (1) of this judgment. |
| 15 |     4.    Plaintiff is entitled to costs upon timely motion pursuant to Fed. R. Civ. Proc. |
| 16 | 54(b). |
| 17 |     5.    Each party shall bear its own fees. |

***END OF JUDGMENT***